IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dillard, John D | Case Number: 08 B 08448 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 4/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 2. | Tidewater Finance Company | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | GRP Financial Services Corporation | Secured | 15,400.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 9,142.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 101.02 | 0.00 |
| 8. | American Express | Unsecured | 7,309.94 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 775.06 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 1,041.14 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 774.18 | 0.00 |
| 12. | CitiMortgage Inc | Secured | | No Claim Filed |
| 13. | Volvo Finance | Secured | | No Claim Filed |
| 14. | Olympia Fields | Secured | | No Claim Filed |
| 15. | Volvo Finance | Secured | | No Claim Filed |
| 16. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 17. | Chase Bank | Unsecured | | No Claim Filed |
| 18. | National City Bank | Unsecured | | No Claim Filed |
| 19. | Brinks Home Security | Unsecured | | No Claim Filed |
| 20. | Midwest Bank & Trust | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,543.34 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dillard, John D

Printed:  7/15/08

Case Number:  08 B 08448
Judge:  Hollis, Pamela S
Filed:  4/8/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
|          | _____ |
|          | $ 0.00     |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

